IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

BRYAN CUAUTLE-ROMERO,

    Petitioner,

v.                                                  Case No. 2:25-cv-3148-MSN-atc

SCOTT LADWIG,
KRISTI NOEM,
PAMELA BONDI,
DEPARTMENT OF HOMELAND SECURITY,
EXECUTIVE OFFICE OF IMMIGRATION REVIEW, and
TRINITY MINTER,

    Respondents.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION,
ORDERING PETITIONER TO ELECTRONICALLY SERVE PETITION,
AND ORDERING RESPONDENT TO SHOW CAUSE**

---

Petitioner Bryan Cuautle-Romero, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is Mellissa B. Harper, the New Orleans Field Office Director for ICE Enforcement and Removal Operations.[1] The Clerk is **DIRECTED** to add Mellissa Harper as Respondent and to terminate

---

[1] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-

Scott Ladwig, Kristi Noem, Pamela Bondi, Department of Homeland Security, Executive Office of Immigration Review, and Trinity Minter as Respondents.

The Clerk is **ORDERED** to serve a copy of the § 2241 Petition and this Order on Respondent Mellissa Harper[2] by certified mail.

Petitioner is **ORDERED** to electronically serve a copy of the Petition and this Order on (1) the United States Attorney for the Western District of Tennessee at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office at stuart.canale@usdoj.gov.  Respondent is **ORDERED** to show cause in writing within **fourteen (14) days** of such electronic service why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  The electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service.  If Petitioner asserts that there are issues of fact that need to be resolved at a hearing, Petitioner shall include those issues in the reply.

If the Court finds that a hearing is necessary, a date will be set by separate order.  *See* 28 U.S.C. § 2243.

---

louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper. (last accessed Dec. 22, 2025), archived at https://perma.cc/FF95-9K6P; *see also* Petition for Writ of Habeas Corpus, *Godinez-Lopez v. Ladwig, et al.*, No. 2:25-cv-02962-SHL-atc (W.D. Tenn. Oct. 17, 2025), ECF No. 1.

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 181 James Drive W, St. Rose, LA 70087.  *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 22, 2025).

**IT IS SO ORDERED**, this 29th day of December, 2025.

                                      *s/ Mark S. Norris*
                                      MARK S. NORRIS
                                      UNITED STATES DISTRICT JUDGE