**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

BRYAN CUAUTLE-ROMERO,

     Petitioner,

v.                                    Case No. 2:25-cv-3148-MSN-atc

CHRISTOPHER BULLOCK,

     Respondents.

**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL**

Petitioner, Bryan Cuautle-Romero, an alien who was detained in the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "Petition.") Petitioner now seeks to dismiss his Petition because it was rendered moot on April 6, 2026, when the immigration court granted his request for voluntary departure. (ECF No. 23, "Motion.") The Court finds the Motion well taken, and it is **GRANTED**. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED**, this 13th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE